

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

2:26-mc-00004

In Re:     Application for Exemption from the Electronic Public Access Fees
by Sixun Tang, University of Chicago

This matter is before the Court upon the application and request by Sixun Tang for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Sixun Tang as a doctoral student at the University of Chicago falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Sixun Tang has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Sixun Tang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of research. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to Sixun Tang, PACER account No. 8204522 and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Sixun Tang agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Sixun Tang is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;
5. this exemption is valid until June 1. 2027.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center and Sixun Tang

Dated this 20th day of ____January____, 2026

ENTER:



Frank W. Volk
Chief United States District Judge